UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**ERROL VICTOR, SR.**                                    **CIVIL ACTION**

**VERSUS**                                               **NO. 19-838-WBV-JCW**

**LOUISIANA STATE PENITENTIARY**                         **SECTION: D (2)**

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court recognize the Notice of Voluntary Dismissal[2] filed by the petitioner, Errol Victor, Sr., and **CLOSE** and **DISMISS** this case **WITHOUT PREJUDICE** pursuant to the Notice of Voluntary

---

[1] R. Doc. 21.
[2] R. Doc. 20.

Dismissal[3] and Fed. R. Civ. P. 41(a)(1).

New Orleans, Louisiana, September 5, 2019.

_____
**WENDY B. VITTER**
**United States District Judge**

---

[3] R. Doc. 20.